# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **WILLIE LEGGETT, #123778,** | : |
| Plaintiff, | : |
| vs. | :    CIVIL ACTION 21-0307-JB-MU |
| **COMMISSIONER J. DUNN,** *et al.*, | : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.[1]

It is **ORDERED** that this action be and is hereby **DISMISSED with prejudice,** prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B) (i,iii) as frivolous and because it seeks monetary relief against a defendant who is immune from such relief.

**DONE and ORDERED** this 14th day of July, 2022.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff states his objection, "by writ of mandamus, motion to stay and interlocutory appeal to the Eleventh Circuit Court of Appeals." (Doc. 18). To the extent these may be deemed independent motions apart from objections to the Report and Recommendation, they are denied.